No. 994. GIRARD LODGE No. 100 ET AL. *v.* GRAND LODGE, BROTHERHOOD OF RAILWAY & STEAMSHIP CLERKS, ET AL. Supreme Court of Pennsylvania, Eastern District. Certiorari denied. *George Morris Fay, Lawrence J. Richette* and *John P. Burke* for petitioners. *Allen S. Olmsted, 2nd,* and *Walter Biddle Saul* for respondent.

No. 4, Misc. HOPKINS *v.* RAGEN, WARDEN. Circuit Court of Will County, Illinois. Certiorari denied. Petitioner *pro se. Latham Castle,* Attorney General of Illinois, for respondent.

No. 75, Misc. SIMPSON *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied. Petitioner *pro se. Latham Castle,* Attorney General of Illinois, for respondent.

No. 174, Misc. CROCKARD *v.* MICHIGAN. Supreme Court of Michigan. Certiorari denied. Petitioner *pro se. Thomas M. Kavanagh,* Attorney General of Michigan, *Edmund E. Shepherd,* Solicitor General, and *Daniel J. O'Hara,* Assistant Attorney General, for respondent.

No. 218, Misc. DUPONT *v.* RAGEN, WARDEN. Circuit Court of Will County, Illinois. Certiorari denied. Petitioner *pro se. Latham Castle,* Attorney General of Illinois, for respondent.

No. 439, Misc. STANTON *v.* CASTLE, ATTORNEY GENERAL. Supreme Court of Illinois. Certiorari denied. Petitioner *pro se. Latham Castle,* Attorney General of Illinois, for respondent.

No. 509, Misc. ROCK *v.* WEBB, WARDEN. Supreme Court of California. Certiorari denied. Petitioner *pro se. Edmund G. Brown,* Attorney General of California, *Clarence A. Linn,* Assistant Attorney General, and *Arlo E. Smith,* Deputy Attorney General, for respondent.